UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SCARSDALE CENTRAL SERVICE INC.,

                Plaintiff,

  -against-

CUMBERLAND FARMS, INC. and GULF OIL
LIMITED PARTNERSHIP,

                Defendants.
-----------------------------------------------------------X

13-cv-8730 (NSR)

OPINION & ORDER

NELSON S. ROMÁN, United States District Judge:

On April 20, 2016, the Court held a hearing to determine the reasonableness of Defendants' attorneys' fees and costs requested in this matter. Plaintiff did not oppose Defendants' application with respect to the disbursements requested. For the following reasons, the Court finds Defendants' fees and costs reasonable and their application is GRANTED.

Defendants' counsel Vaughan Finn testified that her hourly rate for this matter was $425, which represents a discount from her standard hourly rate. She also testified that the average hourly rate for attorneys with her level of experience in the Hartford, Connecticut area is $500. In light of Finn's experience, the average hourly rates in her geographic area of practice, and the complexity of this matter, the Court finds that Finn's hourly rate was reasonable.

With respect to the fees charged for the assistance of paralegals, Finn testified that the hourly rate for paralegals in her office ranges from $150 - $260. Finn further testified that the paralegals who assisted with this matter were billed out at $245 per hour, commensurate with their experience and within the range typically charged for paralegals. The Court finds the hourly rate charged for paralegal assistance was reasonable.

Defendants also proffered contemporaneous time records for Finn's and the paralegals' hours billed in connection with this matter. The Court has reviewed these records and finds the number of hours included to be reasonable in light of the complexity of this case and the substantial motion practice that occurred.

Accordingly, the Court GRANTS Defendants' application for attorneys' fees and costs in the following amounts: (1) $86,105.00 in fees charged for Finn's services; (2) $392.00 in fees charged for the services of two paralegals; and (3) $715.69 in disbursements.

Dated: April 21, 2016
White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge